Matter of Sanchez v Yearwood
2026 NY Slip Op 03409
June 2, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Joseph Sanchez, Petitioner,
v
Alvin Yearwood, Respondent.

Decided and Entered: June 02, 2026
Appeal No. 6793|Case No. 2026-00438|
Before: Manzanet-Daniels, J.P., Kennedy, Mendez, Michael, Hagler, JJ.

Joseph Sanchez, petitioner pro se.
Letitia James, Attorney General, New York (Charles F. Sanders of counsel) for respondent.
Darcel Clark, District Attorney, Bronx (Michelle Rose Pomerantz of counsel), for the People of the State of New York.

[*1]
The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 2, 2026